JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARIS TERIN, an individual<br><br>　　　　Plaintiff,<br>　　vs.<br><br>DIKRAM NAZARIAN, an individual<br><br>　　　　Defendant. | Case No.: CV12-05667-RSWL (AGRx)<br><br>Assigned to Courtroom: 21<br>The Hon. Ronald S.W. Lew<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION**<br><br>Action Commenced: 06/29/2012<br>Trial Date: Not Set<br>Discovery Cut-Off: Not Set<br>Law & Motion Cut-Off: Not Set |

## **ORDER**

Good cause appearing therefore, and in the interest of justice, the above-captioned action is dismissed without prejudice as to all causes of action in the Complaint.

**IT IS SO ORDERED**.

Dated: 12-14-12

　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　The Honorable Ronald S.W. Lew
　　　　　　　　　　　　　　　　Senior, U.S. District Court Judge